**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 04-00585-1-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Larry James Rady, | |
| Defendant. | |

The court is in receipt of the requested Supplement. (Doc. 110). However, we are not persuaded that the authority cited supports jurisdiction. For example, the quotation to Rule 23(b)(3), Fed. R. App. P. conflates the language of Rule 23(b)(3) with Rule 23(c). Moreover, neither rule is directly in point. Rule 23(b) applies where "a decision not to release a prisoner is under review." That is not the case here. Rule 23(c) applies where "a decision ordering the release of a prisoner is under review." That, too, is not the case here. The parties have failed to support their request with any precedent.

This is a case in which there was an appeal and no mandate has issued. The parties may have to seek relief in the court of appeals or get the mandate issued, unless they can support their request with more persuasive authority.

DATED this 10th day of January, 2018.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge